# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK STEFANIK, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 2:24-cv-01686 |
| | ) | |
| v. | ) | |
| | ) | **ELECTRONICALLY FILED** |
| OHIO TOWNSHIP POLICE DEPARTMENT, JASON CERVONE, STEPHANIE CERVONE, JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, SHARON DOE, JOHN DOE 1, JOHN DOE 2, JOHN ONYSHKO, JANE ONYSHKO, JOHN FORD, JANE FORD, TODD BELLINGER, and KEVIN FRIESS, | ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## PETITION FOR REMOVAL OF A CIVIL ACTION

AND NOW, come Defendants, OHIO TOWNSHIP POLICE DEPARTMENT and KEVIN FRIESS, by and through their counsel, MARSHALL DENNEHEY, P.C. and PAUL D. KREPPS, ESQUIRE, and files the within PETITION FOR REMOVAL OF A CIVIL ACTION from the Court of Common Pleas of Allegheny County, Pennsylvania, to the U.S. District Court for the Western District of Pennsylvania, representing as follows:

1. Plaintiffs filed a Complaint in the Court of Common Pleas of Allegheny County, Pennsylvania, on October 22, 2024. A copy of the Complaint is attached hereto and marked as Exhibit "A". A copy of the Docket is attached hereto and marked as Exhibit "B".

2. This Court has original jurisdiction of Plaintiffs' claims pursuant to 28 U.S.C. §1331 and §1343, and the action is hereby removed to this Court pursuant to the procedures authorized by 28 U.S.C. §1441(a)(b).

3. Removing Defendants were served by the Allegheny County Sheriff on November 14, 2024. See hereto a true and correct copy of the Sheriff's Return for Ohio Township Police Department and Kevin Friess collectively marked as Exhibit "C".

4. To date, no other defendants have been served. See Exhibit "B".

5. Jurisdiction in this matter lies with this Court pursuant to subject matter jurisdiction. Count VI of the Complaint asserted claims under 42 U.S.C. §1983 against both removing Defendants and further, asserted at Paragraph 174 "Plaintiff was denied his rights, privileges and immunities by Defendant's baseless pursuit of the above-noted charges against him…". See Exhibit "A" at ¶ 174. Plaintiff further asserted "Defendants' actions violated Plaintiff's rights under the Fourth, Eighth and Fourteenth Amendments of the United States Constitution." See Exhibit "A" at ¶ 175.

6. Notice of Filing of Removal has been provided this same date to Plaintiff. See attached hereto a true and correct copy of the Notice of Filing of Removal marked as Exhibit "D".

WHEREFORE, Defendants, OHIO TOWNSHIP POLICE DEPARTMENT and KEVIN FRIESS, request this Honorable Court to remove the above-captioned action pending in the Court of Common Pleas of Allegheny County, Pennsylvania, at No: GD-24-011877 to the United States District Court for the Western District of Pennsylvania.

    Respectfully submitted,

    **MARSHALL DENNEHEY, P.C.**

BY:   *s/ Paul D. Krepps*
      PAUL D. KREPPS, ESQUIRE
      **Counsel for Defendants, Ohio Township Police Department and Kevin Friess**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Petition for Removal of a Civil Action** has been served upon the following known counsel of record this  12  day of December, 2024, via electronic mail and/or US First-Class Mail, postage prepaid:

>Daniel P. Lynch, Esquire – dlynch@lynchlaw-group.com
>Alexandra M. McGee, Esquire – amcgee@lynchlaw-group.com
>John P. Sieber, Esquire – jsieber@lynchlaw-group.com
>The Lynch Law Group, LLC
>Cranberry Professional Park
>501 Smith Drive, Suite 3
>Cranberry Township, PA  16066
>**(Counsel for Plaintiff, Mark Stefanik)**

>>MARSHALL DENNEHEY, P.C.

>> *s/ Paul D. Krepps*
>>PAUL D. KREPPS, ESQUIRE
>>**Counsel for Defendants, Ohio Township Police Department and Kevin Friess**